NVB 1007–1 (Rev. 3/22)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
KEVIN TRAMAR SINGLETON

BK–24–16768–mkn  
CHAPTER 7

Debtor(s)

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING

**NOTICE IS GIVEN** that the above debtor(s) filed a Voluntary Petition on 12/27/24. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

SCHEDULES, STATEMENTS AND CERTIFICATIONS:

* The following schedules, required pursuant to Fed. R. Bankr. P. 1007 and LR 1007, were not filed with the Voluntary Petition:
  * Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
  * Summary of Your Assets and Liabilities and Certain Statistical Information (28 U.S.C. Section 159) (Official Form 106Sum)
  * Schedule A/B: Property (Official Form 106A/B)
  * Schedule C: Property You Claim as Exempt (Official Form 106C)
  * Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
  * Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
  * Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)
  * Schedule H: Your Codebtors (Official Form 106H)
  * Schedule I: Your Income (Official Form 106I)
  * Schedule J: Your Expenses (Official Form 106J)
* The Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107), required pursuant to Fed. R. Bankr. P. 1007(b) and (c), was not filed with the Voluntary Petition.
* The Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108), required pursuant to Fed. R. Bankr. P. 1007(b)(2) and 11 U.S.C. Section 521(a)(2), was not filed with the Voluntary Petition.

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S):

* Pursuant to Fed. R. Bankr. P. 2016(b), the attorney for the debtor(s) has failed to file a Disclosure of Compensation (Form 2030) as required by 11 U.S.C. Section 329.

STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION – INDIVIDUALS ONLY:

\*   The Chapter 7 Statement of Your Current Monthly Income and/or Statement of Exemption from Presumption of Abuse Under Section 707(b)(2) and/or Chapter 7 Means Test Calculation (Forms 122A–1, 122A–1Supp and 122A–2), required pursuant to Fed. R. Bankr. P. 1007(b)(4) and (c), were not filed at the same time as the Voluntary Petition.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at http://www.nvb.uscourts.gov.

Dated: 12/30/24

Mary A. Schott
Clerk of Court